# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: **10-cv-1395**

**520 S. Michigan Avenue Associates, Ltd d/b/a The Congress Plaza Hotel & Convention Center,**

Plaintiff,

v.

**Unite Here National Retirement Fund,**

Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant, Unite Here National Retirement Fund

| |
|---|
| NAME (Type or print) <br>     RONALD M. WILLIS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Ronald M. Willis |
| FIRM <br>     Dowd, Bloch & Bennett |
| STREET ADDRESS <br>     8 S. MICHIGAN AVENUE, 19TH FLOOR |
| CITY/STATE/ZIP <br>     Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03030288 | TELEPHONE NUMBER <br> (312) 372-1361 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐