**CERTIFICATE OF SERVICE**

I, Michele M. Reynolds, an attorney, hereby certifies that I will cause to be served a copy of the attached Notice of Filing and UNITE HERE National Retirement Fund's Answer To Complaint And Counterclaim via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on March 29, 2010 before 5:00 p.m., with proper postage prepaid at the addresses indicated.

| | |
|---|---|
| Peter W. Andjelkovich | Alan M. Levy |
| Bradley J. Wartman | Lindner and Marsack, S.C. |
| Peter Andjelkovich & Assoc. | 411 East Wisconsin Ave. |
| 39 S. LaSalle Street, Suite 200 | Suite 1800 |
| Chicago, IL 60603 | Milwaukee, WI 53202 |

    /s/ Michele M. Reynolds
Michele M. Reynolds
One of Defendant's Attorneys

Ronald E. Richman
Shannon Cade
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
Dowd, Bloch & Bennett
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361