UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD. d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER | ) ) ) ) | |
| | ) | Case No. 10 C 1395 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Kennelly |
| UNITE HERE NATIONAL RETIREMENT FUND, | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:  Peter W. Andjelkovich          Alan M. Levy
     Bradley J. Wartman             Lindner and Marsack, S.C.
     Peter Andjelkovich & Assoc.    411 East Wisconsin Ave.
     39 S. LaSalle Street, Suite 200  Suite 1800
     Chicago, IL 60603              Milwaukee, WI 53202

**PLEASE TAKE NOTICE** that on March 29, 2010, I caused to be filed with the U.S. District Court for the Northern District of Illinois via its electronic filing system, the attached UNITE HERE National Retirement Fund's Answer to Complaint and Counterclaim, a copy of which is served on you.

                                   Respectfully submitted,

                                    /s/ Michele M. Reynolds
                                   One of Defendant's Attorneys

Ronald E. Richman
Shannon Cade
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361