## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **520 S. MICHIGAN AVENUE ASSOCIATES,** | ) | |
| **LTD. d/b/a THE CONGRESS PLAZA HOTEL** | ) | |
| **& CONVENTION CENTER** | ) | |
| | ) | **Case No. 10 C 1395** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge Kennelly** |
| | ) | |
| **UNITE HERE NATIONAL RETIREMENT** | ) | |
| **FUND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION

TO:   Peter W. Andjelkovich            Alan M. Levy
      Bradley J. Wartman               Lindner and Marsack, S.C.
      Peter Andjelkovich & Assoc.      411 East Wisconsin Ave.
      39 S. LaSalle Street, Suite 200  Suite 1800
      Chicago, IL 60603                Milwaukee, WI 53202

PLEASE TAKE NOTICE that on **Tuesday, April 6, 2010** at **9:30 a.m**., or as soon as thereafter as I may be heard, I will appear before the Honorable Matthew F. Kennelly, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 2103 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Ronald E. Richman's Motion for Leave to Appear Pro Hac Vice, a copy of which is attached and served upon you.

Respectfully submitted,

  /s/ Ronald E. Richman____
One of Defendant's Attorneys

Ronald E. Richman
Shannon Cade
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
212.756.2000

DOC ID-11099625.1

Michele M. Reynolds, Local Counsel
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Cade, an attorney, hereby certifies that I will cause to be served a copy of the attached Notice of Motion and Ronald E. Richman's Motion for Leave to Appear Pro Hac Vice via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on March 30, 2010 before 5:00 p.m., with proper postage prepaid at the addresses indicated.

| | |
|---|---|
| Peter W. Andjelkovich | Alan M. Levy |
| Bradley J. Wartman | Lindner and Marsack, S.C. |
| Peter Andjelkovich & Assoc. | 411 East Wisconsin Ave. |
| 39 S. LaSalle Street, Suite 200 | Suite 1800 |
| Chicago, IL 60603 | Milwaukee, WI 53202 |

   <u>/s/ Shannon L. Cade</u>
Shannon L. Cade
One of Defendant's Attorneys

Ronald E. Richman
Shannon Cade
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19[th] Floor
Chicago, IL 60603
312-372-1361