IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITE HERE National Retirement Fund,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 10 CV 1395<br>)<br>) Judge Kennelly<br>)<br>) |

## NOTICE OF MOTION

To:   Ronald E. Richman                     Michele M. Reynolds
      Shannon Cade                          Kara R. Eisen
      Schulte Roth & Zabel, LLP             Ronald M. Willis
      919 Third Avenue                      Dowd, Bloch & Bennett
      New York, NY 10022                    8 S. Michigan Ave., 19th Floor
                                            Chicago, IL 60603

**PLEASE TAKE NOTICE,** that on the **6th day of April, 2010**, at the hour of **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his stead in room 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present the foregoing **Motion For Turnover Order**, a copy of which is attached hereto.

                              Respectfully submitted,
                              Peter Andjelkovich & Associates

                              By: /s/ Peter Andjelkovich
                                  One of Plaintiff's attorneys

Bradley Wartman, Esq.
Peter Andjelkovich, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

## CERTIFICATE OF SERVICE

I, Peter Andjelkovich, an attorney, hereby certify that the above and foregoing Motion For Turnover Order was served upon all counsel of record listed below by CM/ECF electronic transmission on this 31st day of March, 2010.

Ronald E. Richman
Shannon Cade
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Michele M. Reynolds
Kara R. Eisen
Ronald M. Willis
Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

By: /s/Peter Andjelkovich