## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

520 S. Michaigan Avenue Associates, LTD

                                  Plaintiff,

v.                                                       Case No.: 1:10–cv–01395
                                                           Honorable Matthew F. Kennelly

Unite Here National Retirement Fund

                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 1, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: At the motion hearing on 4/6/10, counsel should be prepared to discuss the setting of an appropriate briefing schedule regarding the complaint to enforce the arbitration award and the counterclaim to modify or vacate the award. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.