**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER, )<br><br>Plaintiff, )<br><br>vs. )<br><br>UNITE HERE National Retirement Fund, )<br><br>Defendant. ) | Case No.  10 CV 1395<br><br>Judge Kennelly |

**NOTICE OF MOTION**

To:  Ronald E. Richman                Michele M. Reynolds
     Shannon Cade                     Kara R. Eisen
     Schulte Roth & Zabel, LLP        Ronald M. Willis
     919 Third Avenue                 Dowd, Bloch & Bennett
     New York, NY 10022               8 S. Michigan Ave., 19th Floor
                                      Chicago, IL 60603

**PLEASE TAKE NOTICE,** that on the **6th day of April, 2010**, at the hour of **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his stead in room 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present the foregoing **PLAINTIFF'S MOTION TO STRIKE COUNTERCLAIM**, a copy of which is attached hereto.

                                    Respectfully submitted,
                                    Peter Andjelkovich & Associates

                                    By:   /Bradley Wartman
                                          One of Plaintiff's attorneys

Bradley Wartman, Esq.
Peter Andjelkovich, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

## CERTIFICATE OF SERVICE

I, Bradley Wartman, an attorney, hereby certify that the above and foregoing **PLAINTIFF'S MOTION TO STRIKE COUNTERCLAIM** was served upon all counsel of record listed below by CM/ECF electronic transmission on this 2nd day of April, 2010.

| | |
|---|---|
| Ronald E. Richman | Michele M. Reynolds |
| Shannon Cade | Kara R. Eisen |
| Schulte Roth & Zabel, LLP | Ronald M. Willis |
| 919 Third Avenue | Dowd, Bloch & Bennett |
| New York, NY 10022 | 8 S. Michigan Ave., 19th Floor |
| | Chicago, IL 60603 |

By: /Bradley Wartman