Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1395 | **DATE** | 4/6/2010 |
| **CASE TITLE** | 520 S. Michigan vs. United Here | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to strike counterclaim (20). Motion is denied. Answer is due 4/20/10. Response to Motion for turnover is due 4/13/10. Ruling set for 4/15/10 at 9:30 A.M. Plaintiff's motion for summary judgment is to be filed by 5/4/10; response and cross motion by 6/1/10; reply by 6/15/10. Any sur-reply, which is limited to issues not brought up in the reply due 6/29/10.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|