**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:10-cv-01395 |
|---|---|
| 520 S. Michigan Avenue Associates, Ltd. d/b/a The Congress Plaza Hotel & Convention Center v. UNITE HERE National Retirement Fund | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNITE HERE National Retirement Fund

| NAME (Type or print) |
|---|
| Shannon L. Cade |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Shannon L. Cade |
| FIRM |
| Schulte Roth & Zabel LLP |
| STREET ADDRESS |
| 919 Third Avenue |
| CITY/STATE/ZIP |
| New York, New York 10022 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 212-756-2000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐