UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD. d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>UNITE HERE NATIONAL RETIREMENT )<br>FUND, )<br>)<br>**Defendant.** ) | Case No. 10 C 1395<br><br>Judge Kennelly |

NOTICE OF FILING

TO:   Peter W. Andjelkovich            Alan M. Levy
      Bradley J. Wartman               Lindner and Marsack, S.C.
      Peter Andjelkovich & Assoc.      411 East Wisconsin Ave.
      39 S. LaSalle Street, Suite 200  Suite 1800
      Chicago, IL 60603                Milwaukee, WI 53202

**PLEASE TAKE NOTICE** that on April 13, 2010, I caused to be filed with the U.S. District Court for the Northern District of Illinois via its electronic filing system, the attached UNITE HERE National Retirement Fund's Memorandum in Opposition to Plaintiff-Counter-Defendant's Motion for Turnover Order with exhibits, a copy of which is served on you.

                                        Respectfully submitted,

                                         /s/ Michele M. Reynolds
                                        One of Defendant's Attorneys

Ronald E. Richman
Shannon Cade
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361