**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

520 S. Michigan Avenue Associates, LTD
                                  Plaintiff,

v.                                         Case No.: 1:10−cv−01395
                                                  Honorable Matthew F. Kennelly

Unite Here National Retirement Fund
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 15, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly:Motion for turnover order, to the extent stated in open court, is granted. Parties are to present a proposed order by 4/26/2010. Status hearing set for 4/29/2010 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.