# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITE HERE National Retirement Fund,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 10 CV 1395<br>)<br>) Judge Kennelly<br>)<br>) |

## NOTICE OF FILING

To: Ronald E. Richman         Michele M. Reynolds
    Shannon Cade              Kara R. Eisen
    Schulte Roth & Zabel, LLP Ronald M. Willis
    919 Third Avenue          Dowd, Bloch & Bennett
    New York, NY 10022        8 S. Michigan Ave., 19th Floor
                              Chicago, IL 60603

PLEASE TAKE NOTICE that on the **19th** day of **April, 2010** we shall cause to have filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois 60604, the foregoing **PLAINTIFF/COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIM**, a copy of which is attached hereto.

                                    Respectfully submitted,
                                    Peter Andjelkovich & Associates

                                    By:   /Bradley Wartman
                                          One of Plaintiff's attorneys

Bradley Wartman, Esq.
Peter Andjelkovich, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

## CERTIFICATE OF SERVICE

I, Bradley Wartman, an attorney, hereby certify that the above and foregoing **PLAINTIFF/COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIM** was served upon all counsel of record for Defendant listed below by CM/ECF electronic transmission on this **19th** day of **April, 2010**.

| | |
|---|---|
| Ronald E. Richman | Michele M. Reynolds |
| Shannon Cade | Kara R. Eisen |
| Schulte Roth & Zabel, LLP | Ronald M. Willis |
| 919 Third Avenue | Dowd, Bloch & Bennett |
| New York, NY 10022 | 8 S. Michigan Ave., 19th Floor |
| | Chicago, IL 60603 |

By:   /Bradley Wartman