IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 10 CV 1395 ) |
| UNITE HERE National Retirement Fund, | ) Judge Kennelly ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES, the Plaintiff, 520 S. Michigan Avenue Associates, Ltd. d/b/a The Congress Plaza Hotel & Convention Center ("Congress Plaza Hotel"), pursuant to Fed. R. Civ. P 56(a), and moves this Court for entry of an order granting it summary judgment and enforcing Arbitrator Irvings' February 27, 2010 arbitration award ordering the NRF to rescind its partial withdrawal liability assessment, an award of attorneys fees and costs in prosecuting and defending this claim and the underlying arbitration, for an order compelling the fund to turn over to the hotel all interim payments made by the hotel with interest, and for such further relief as this court deems equitable. The pleadings, depositions, answers to interrogatories, and admissions on file, show that there is no genuine issue as to any material fact and the Congress Plaza Hotel is entitled to a judgment as a matter of law.

Respectfully submitted,
**Congress Plaza Hotel & Convention Center**


By:   /s/ Bradley Wartman
      One of its attorneys.

| | |
|---|---|
| Bradley Wartman, Esq. | Alan Levy |
| Peter Andjelkovich, Esq. | Lindner & Marsack |
| Peter Andjelkovich & Associates | 411 E. Wisconsin Ave Suite 1800 |
| 39 South LaSalle Street, Suite 200 | Milwaukee, WI 53202-4498 |
| Chicago, IL 60603 | 414-273-3910 |
| 312/782-8345 | |