# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 10 CV 1395 ) |
| UNITE HERE National Retirement Fund, | ) Judge Kennelly ) |
| Defendant. | ) |

## NOTICE OF FILING

To:  Ronald E. Richman                Michele M. Reynolds
     Shannon Cade                     Kara R. Eisen
     Schulte Roth & Zabel, LLP        Ronald M. Willis
     919 Third Avenue                 Dowd, Bloch & Bennett
     New York, NY 10022               8 S. Michigan Ave., 19th Floor
                                      Chicago, IL 60603

PLEASE TAKE NOTICE that on the 7th day of **May, 2010** we shall cause to have filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois 60604, the foregoing **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**, a copy of which is attached hereto.

Respectfully submitted,
**Congress Plaza Hotel & Convention Center**

By:   /s/ Bradley Wartman
         One of its attorneys.


Peter Andjelkovich, Esq.                 Alan Levy
Bradley Wartman, Esq.                    Lindner & Marsack
Peter Andjelkovich & Associates          411 E. Wisconsin Ave Suite 1800
39 South LaSalle Street, Suite 200       Milwaukee, WI 53202-4498
Chicago, IL 60603                        414-273-3910
312/782-8345

## CERTIFICATE OF SERVICE

I, Peter Andjelkovich, an attorney, hereby certify that the above and foregoing **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** was served upon all parties of counsel listed below by CM/ECF electronic transmission on this on this **7**th day of **May**, **2010**.

| | |
|---|---|
| Ronald E. Richman | Michele M. Reynolds |
| Shannon Cade | Kara R. Eisen |
| Schulte Roth & Zabel, LLP | Ronald M. Willis |
| 919 Third Avenue | Dowd, Bloch & Bennett |
| New York, NY 10022 | 8 S. Michigan Ave., 19th Floor |
| | Chicago, IL 60603 |

By:   /s/ Bradley Wartman