IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITE HERE National Retirement Fund,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  10 CV 1395<br>)<br>)  Judge Kennelly<br>)<br>) |

**NOTICE OF FILING**

To: Ronald E. Richman      Michele M. Reynolds
   Shannon Cade        Kara R. Eisen
   Schulte Roth & Zabel, LLP    Ronald M. Willis
   919 Third Avenue       Dowd, Bloch & Bennett
   New York, NY 10022     8 S. Michigan Ave., 19th Floor
                    Chicago, IL 60603

  PLEASE TAKE NOTICE that on the **7**$^{th}$ day of **May**, **2010** we shall cause to have filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois 60604, the foregoing **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**, a copy of which is attached hereto.

                  Respectfully submitted,
                  **Congress Plaza Hotel & Convention Center**

                  By: /s/ Bradley Wartman
                    One of its attorneys.

| | |
|---|---|
| Peter Andjelkovich, Esq.<br>Bradley Wartman, Esq.<br>Peter Andjelkovich & Associates<br>39 South LaSalle Street, Suite 200<br>Chicago, IL 60603<br>312/782-8345 | Alan Levy<br>Lindner & Marsack<br>411 E. Wisconsin Ave Suite 1800<br>Milwaukee, WI 53202-4498<br>414-273-3910 |

## CERTIFICATE OF SERVICE

I, Peter Andjelkovich, an attorney, hereby certify that the above and foregoing **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was served upon all parties of counsel listed below by CM/ECF electronic transmission on this on this **7**th day of **May**, **2010**.

| | |
|---|---|
| Ronald E. Richman | Michele M. Reynolds |
| Shannon Cade | Kara R. Eisen |
| Schulte Roth & Zabel, LLP | Ronald M. Willis |
| 919 Third Avenue | Dowd, Bloch & Bennett |
| New York, NY 10022 | 8 S. Michigan Ave., 19th Floor |
| | Chicago, IL 60603 |

By: /s/ Bradley Wartman