**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.  10 CV 1395 ) |
| UNITE HERE National Retirement Fund, | )   Judge Kennelly ) |
| Defendant. | ) |

**NOTICE OF FILING**

To:    Ronald E. Richman             Michele M. Reynolds
       Shannon Cade                  Kara R. Eisen
       Schulte Roth & Zabel, LLP     Ronald M. Willis
       919 Third Avenue              Dowd, Bloch & Bennett
       New York, NY 10022            8 S. Michigan Ave., 19th Floor
                                     Chicago, IL 60603

   PLEASE TAKE NOTICE that on the **7**th  day of **May**, **2010** we shall cause to have filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois 60604, the foregoing **PLAINTIFF'S RULE 56.1 STATEMENT OF MATERIAL FACTS**, a copy of which is attached hereto.

                              Respectfully submitted,
                              **Congress Plaza Hotel & Convention Center**

                              By:   /s/ Bradley Wartman
                                    One of its attorneys.


Peter Andjelkovich, Esq.                Alan Levy
Bradley Wartman, Esq.                   Lindner & Marsack
Peter Andjelkovich & Associates         411 E. Wisconsin Ave Suite 1800
39 South LaSalle Street, Suite 200      Milwaukee, WI 53202-4498
Chicago, IL 60603                       414-273-3910
312/782-8345

## **CERTIFICATE OF SERVICE**

I, Peter Andjelkovich, an attorney, hereby certify that the above and foregoing

**PLAINTIFF'S RULE 56.1 STATEMENT OF MATERIAL FACTS** was served upon all

parties of counsel listed below by CM/ECF electronic transmission on this on this **7**th  day of

**May**, **2010**.

| | |
|---|---|
| Ronald E. Richman | Michele M. Reynolds |
| Shannon Cade | Kara R. Eisen |
| Schulte Roth & Zabel, LLP | Ronald M. Willis |
| 919 Third Avenue | Dowd, Bloch & Bennett |
| New York, NY 10022 | 8 S. Michigan Ave., 19th Floor |
| | Chicago, IL 60603 |

By:   /s/ Bradley Wartman