Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1395 | **DATE** | 5/20/2010 |
| **CASE TITLE** | 520 S. Michigan Avenue vs. Unite Here | | |

**DOCKET ENTRY TEXT**

Minute order of 5/10/2010 is vacated. Enter amended turnover order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | OR |
|---|---|---|

10C1395 520 S. Michigan Avenue vs. Unite Here

Page 1 of 1