## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD. d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER, | ) ) ) ) |
| Plaintiff, | ) Case No. 10 C 1395 ) |
| v. | ) Judge Kennelly ) |
| UNITE HERE NATIONAL RETIREMENT FUND, | ) ) ) |
| Defendant. | ) |

### NOTICE OF FILING

TO:  Peter W. Andjelkovich          Alan M. Levy
     Bradley J. Wartman             Lindner and Marsack, S.C.
     Peter Andjelkovich & Assoc.    411 East Wisconsin Ave.
     39 S. LaSalle Street, Suite 200   Suite 1800
     Chicago, IL 60603              Milwaukee, WI 53202

**PLEASE TAKE NOTICE** that on June 4, 2010, I caused to be filed with the U.S. District Court for the Northern District of Illinois via its electronic filing system, the attached **UNITE HERE National Retirement Fund's 1) Cross Motion for Summary Judgment and Motion in Opposition to Plaintiff-Counterdefendant's Motion for Summary Judgment; 2) Memorandum in Support of its Cross Motion for Summary Judgment and in Opposition to Plaintiff-Counterdefendant's Motion for Summary Judgment; 3) Responses to Plaintiff-Counterdefendant's Rule 56.1 Statement of Material Facts with exhibits; and 4) Statement of Material and Additional Facts**, copy of which is served on you.

                                        Respectfully submitted,

                                         /s/ Michele M. Reynolds
                                        One of Defendant's Attorneys

Ronald E. Richman
Shannon Cade
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
Ron Willis, Local Counsel
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361