**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **520 S. MICHIGAN AVENUE ASSOCIATES,** | ) | |
| **LTD. d/b/a THE CONGRESS PLAZA HOTEL** | ) | |
| **& CONVENTION CENTER** | ) | |
| | ) | **Case No. 10 C 1395** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge Kennelly** |
| | ) | |
| **UNITE HERE NATIONAL RETIREMENT** | ) | |
| **FUND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

TO:   Peter W. Andjelkovich            Alan M. Levy
      Bradley J. Wartman              Lindner and Marsack, S.C.
      Peter Andjelkovich & Assoc.     411 East Wisconsin Ave.
      39 S. LaSalle Street, Suite 200  Suite 1800
      Chicago, IL 60603               Milwaukee, WI 53202

   **PLEASE TAKE NOTICE** that on June 4, 2010, I caused to be filed with the U.S. District Court for the Northern District of Illinois via its electronic filing system, the attached **UNITE HERE National Retirement Fund's 1) Cross Motion for Summary Judgment and Motion in Opposition to Plaintiff-Counterdefendant's Motion for Summary Judgment; 2) Memorandum in Support of its Cross Motion for Summary Judgment and in Opposition to Plaintiff-Counterdefendant's Motion for Summary Judgment; 3) Responses to Plaintiff-Counterdefendant's Rule 56.1 Statement of Material Facts with exhibits; and 4) Statement of Material and Additional Facts**,  copy of which is served on you.

                              Respectfully submitted,

                               /s/ Michele M. Reynolds
                              One of Defendant's Attorneys

Ronald E. Richman
Shannon Cade
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
Ron Willis, Local Counsel
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361