**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.  10 CV 1395 ) |
| UNITE HERE National Retirement Fund, | ) Judge Kennelly ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:  Ronald E. Richman            Michele M. Reynolds
       Shannon Cade               Kara R. Eisen
       Schulte Roth & Zabel, LLP   Ronald M. Willis
       919 Third Avenue            Dowd, Bloch & Bennett
       New York, NY 10022          8 S. Michigan Ave., 19th Floor
                                   Chicago, IL 60603

   PLEASE TAKE NOTICE that on the **25th** day of **June, 2010** at 9:30, a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew Kennelly, or any judge sitting in his stead in Room 2103 of the United States Court House, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME**, a copy of which is submitted herewith.

                         Respectfully Submitted,
                         **Congress Plaza Hotel & Convention Center**


                         By:   /s/ Bradley Wartman
                              One of its attorneys.
Bradley Wartman, Esq.          Alan Levy
Peter Andjelkovich, Esq.       Lindner & Marsack
Peter Andjelkovich & Associates  411 E. Wisconsin Ave Suite 1800
39 South LaSalle Street, Suite 200  Milwaukee, WI 53202-4498
Chicago, IL 60603              414-273-3910
312/782-8345

## CERTIFICATE OF SERVICE

I, Bradley Wartman, an attorney, hereby certify that the above and foregoing

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME** was served upon all parties of

counsel listed below by CM/ECF electronic transmission on this on this 14th  day of

June, 2010.

Ronald E. Richman                     Michele M. Reynolds
Shannon Cade                          Kara R. Eisen
Schulte Roth & Zabel, LLP             Ronald M. Willis
919 Third Avenue                      Dowd, Bloch & Bennett
New York, NY 10022                    8 S. Michigan Ave., 19th Floor
                                      Chicago, IL 60603

By:_____/s/Bradley Wartman_____