## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
## Eastern Division

520 S. Michigan Avenue Associates, LTD
                              Plaintiff,

v.                                                           Case No.: 1:10−cv−01395
                                                             Honorable Matthew F. Kennelly

Unite Here National Retirement Fund
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 14, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: Motion for extension of time [51] is granted. Response / reply brief is to be filed by 6/28/10; reply brief on cross motion for summary judgment is to be filed by 7/12/10. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.