IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD.d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER<br><br>    Plaintiff<br><br>v.<br><br>UNITE HERE National Retirement Fund,<br><br>    Defendant. | Case No. 10 C 1395<br><br>Judge Matthew F. Kennelly |

**NOTICE OF FILING**

To: Ronald Richman      Michele M. Reynolds
   Shannon Cade       Kara R. Eisen
   Schulte Roth & Zabel, LLP   Ronald Willis
   919 Third Avenue      Dowd, Bloch & Bennett
   New York, NY 10022     8 S. Michigan Avenue, 19th Floor
                    Chicago, IL 60603

   **PLEASE TAKE NOTICE,** that we shall cause to have filed on this 28th day of June, 2010, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Congress Plaza Hotel's Reply Brief to Motion for Summary Judgment and Response Brief to Fund's Cross-Motion for Summary Judgment*, *Congress Plaza Hotel's Response to NRF's Statement of Material and Additional Facts, and Plaintiff's Rule 56.1 Statement of Additional Material Facts*, a copy of which is attached hereto.

               Respectfully submitted,
               Peter Andjelkovich & Associates


               By: /s/ Bradley Wartman
                  One of her attorneys

Bradley Wartman, Esq.
Peter Andjelkovich, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

# CERTIFICATE OF SERVICE

I, Bradley Wartman, an attorney, hereby certify that the above and foregoing *Congress Plaza Hotel's Reply Brief to Motion for Summary Judgment and Response Brief to Fund's Cross-Motion for Summary Judgment*, *Congress Plaza Hotel's Response to NRF's Statement of Material and Additional Facts, and Plaintiff's Rule 56.1 Statement of Additional Material Facts* were served upon all counsel of record listed below by CM/ECF electronic transmission on this 28th day of June 2010.

| | |
|---|---|
| Ronald Richman | Michele M. Reynolds |
| Shannon Cade | Kara R. Eisen |
| Schulte Roth & Zabel, LLP | Ronald Willis |
| 919 Third Avenue | Dowd, Bloch & Bennett |
| New York, NY 10022 | 8 S. Michigan Avenue, 19th Floor |
| | Chicago, IL 60603 |

By: /s/ Bradley Wartman