# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES, LTD. d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITE HERE NATIONAL RETIREMENT FUND,  )<br>)<br>)<br>Defendant.  ) | Case No. 10 C 1395<br><br>Judge Kennelly |

## NOTICE OF MOTION

TO:  Peter W. Andjelkovich            Alan M. Levy
     Bradley J. Wartman               Lindner and Marsack, S.C.
     Peter Andjelkovich & Assoc.      411 East Wisconsin Ave.
     39 S. LaSalle Street, Suite 200  Suite 1800
     Chicago, IL 60603                Milwaukee, WI 53202

PLEASE TAKE NOTICE that on **Wednesday, July 7, 2010** at **9:30 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Matthew F. Kennelly, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 2103 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present UNITE HERE National Retirement Fund's Motion For Extension Of Time And Clarification Of Order, a copy of which is attached and served upon you.

                                            Respectfully submitted,

                                             /s/ Michele M. Reynolds
                                            One of Defendant's Attorneys

Ronald E. Richman
Shannon L. Cade
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
212.756.2000

Michele M. Reynolds, Local Counsel
Ronald M. Willis
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361