## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

520 S. Michigan Avenue Associates, LTD

Plaintiff,

v.                                                    Case No.: 1:10–cv–01395
                                                      Honorable Matthew F. Kennelly

Unite Here National Retirement Fund

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 7, 2010:

     MINUTE entry before Honorable Matthew F. Kennelly:Motion for extension of time [58] is terminated. Motion for clarification is [58] is granted. Deadline for filing sur–reply is extended to 7/19/2010. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.