**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **520 S. MICHIGAN AVENUE ASSOCIATES, LTD. d/b/a THE CONGRESS PLAZA HOTEL & CONVENTION CENTER**       )<br>)<br>)<br>)<br>**Plaintiff,**       )<br>)<br>**v.**       )<br>)<br>**UNITE HERE NATIONAL RETIREMENT FUND,**       )<br>)<br>**Defendant.**       ) | **Case No. 10 C 1395**<br><br>**Judge Kennelly** |

## NOTICE OF FILING

TO:  Peter W. Andjelkovich          Alan M. Levy
     Bradley J. Wartman             Lindner and Marsack, S.C.
     Peter Andjelkovich & Assoc.    411 East Wisconsin Ave.
     39 S. LaSalle Street, Suite 200  Suite 1800
     Chicago, IL 60603              Milwaukee, WI 53202

**PLEASE TAKE NOTICE** that on July 19, 2010, I caused to be filed with the U.S. District Court for the Northern District of Illinois via its electronic filing system, the attached **UNITE HERE National Retirement Fund's Responses to Plaintiff-Counterdefendant's Rule 56.1 Statement of Additional Material Facts** and **UNITE HERE National Retirement Fund's Reply Memorandum in Further Support of its Cross-Motion for Summary Judgment**, a copy of which is served on you.

                                        Respectfully submitted,

                                          /s/ Michele M. Reynolds
                                        One of Defendant's Attorneys

Ronald E. Richman
Shannon Cade
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
Ron Willis, Local Counsel
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361