UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 520 S. MICHIGAN AVENUE ASSOCIATES,<br>LTD. d/b/a THE CONGRESS PLAZA HOTEL<br>& CONVENTION CENTER<br><br>    Plaintiff,<br><br>    v.<br><br>UNITE HERE NATIONAL RETIREMENT<br>FUND,<br><br>    Defendant. | Case No. 10 C 1395<br><br>Judge Kennelly |

## NOTICE OF MOTION

TO:   Peter W. Andjelkovich              Alan M. Levy
        Bradley J. Wartman                Lindner and Marsack, S.C.
        Peter Andjelkovich & Assoc.       411 East Wisconsin Ave.
        39 S. LaSalle Street, Suite 200     Suite 1800
        Chicago, IL 60603                    Milwaukee, WI 53202

     PLEASE TAKE NOTICE that on **Thursday, July 29, 2010** at **9:30 a.m**., or as soon as thereafter as I may be heard, I will appear before the Honorable Matthew F. Kennelly, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 2103 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Shannon L. Cade's Motion for Oral Argument, a copy of which is attached and served upon you.

                                                      Respectfully submitted,

                                                      /s/ Kara R. Eisen
                                                      Kara R. Eisen
                                                      One of Defendant's Attorneys

Ronald E. Richman
Shannon L. Cade
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
212.756.2000

Michele M. Reynolds, Local Counsel
Ron Willis, Local Counsel
Kara R. Eisen, Local Counsel
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361