**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division**

520 S. Michigan Avenue Associates, LTD

                              Plaintiff,

v.                                            Case No.: 1:10−cv−01395
                                            Honorable Matthew F. Kennelly

Unite Here National Retirement Fund

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 28, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: Defendant's motion for oral argument is taken under advisement. Counsel should not appear on 7/29/10, the date the motion is set for hearing. The Court has not yet begun to review the briefs on the pending summary judgment motions. Once it does so, the Court will consider whether to hold oral argument. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.