# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1395 | **DATE** | 9/17/2010 |
| **CASE TITLE** | 520 S. Michigan Ave. Assocs., Ltd. vs. UNITE HERE Nat'l Retirement Fund | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants summary judgment in favor of Congress Plaza.  NRF is directed to return to Congress Plaza all payments that were made based on the assessment of partial withdrawal liability, with interest as described in section B of this opinion.  The parties are directed to confer regarding the appropriate calculation and are to present a proposed judgment order to the Court no later than September 22, 2010.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|